UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL NO. 1:99-CR-59-DCB-002 |
| DARBY DRAGO | DEFENDANT |
| and | |
| USAA FEDERAL SAVINGS BANK | GARNISHEE |

### ORDER QUASHING BANK GARNISHMENT

THIS CAUSE came on for consideration on Plaintiff's Motion to Quash the Writ of Continuing Bank Garnishment [#54] issued in this action on the grounds that Defendant has no funds on deposit with Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on May 1, 2017, be and it is hereby quashed, and the Garnishee, USAA Federal Savings Bank, is hereby dismissed.

ORDERED AND ADJUDGED this  30th   day of  June  2017.

s/David Bramlette
HONORABLE DAVID BRAMLETTE, III
UNITED STATES DISTRICT JUDGE